I/S
21
DAYS

OMAR SHAKUR

408 S. PACIFIC AVENUE

GLENDALE, CA 91204

(818) 392-9731

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

OMAR SHAKUR )  Case No. CV14- 3192 ODW VBKx
             )
     Plaintiff, )  **COMPLAINT FOR:**
             )
VS.          )  FAIR DEBT COLLECTION
             )
G E CAPITAL  )  FAIR CREDIT
             )  REPORTING ACT
             )
             )  ROSENTHAL ACT
             )
             )
             )
             )  **Jury Trial Demanded:** Yes
DEFENDANT(S). )
             )

## I. JURISDICTION

1. This Court has jurisdiction under: 15 U.S.C. sec. 1692 k (d), 15 U.S.C. sec. 1681(p)(b), and 28 U.S.C. sec. 1331,1337

1

## II. VENUE

2. Venue is proper pursuant to: 28 U.S.C. sec. 1391(b) where the acts and transaction giving rise to plaintiff's action occurred in the district, where plaintiff resides in this district, and / or where defendant transact business in this district.

## III. PARTIES

3. Plaintiff's name is: Omar Shakur Plaintiff resided at: 408 S. Pacific Avenue Glendale, California 91204. Is a consumer within the meaning of 15 U.S.C. sec. 1692 a (3), 15 U.S.C.§ 1681 a (c).

4. Defendant: G E CAPITAL is a "debt collector" within the meaning of 15 U.S.C. sec 1692 a (6).

## IV.  STATEMENT OF FACTS

5. Comes now Omar Shakur who does hereby file this complaint for damages of 15 U.S.C. sec. 1692, et seq. (FDCPA) and the California Rosenthal Act, Civil Code sec. 1788 et seq. 15 U.S.C. sec. 1681 et seq. (FCRA) based upon defendant(s) violations of the Fair Debt Collection Practices Act, Rosenthal Act and Fair Credit Reporting Act.

6. Plaintiff obtained his consumer reports from the three major credit reporting agencies and found entries by entities that he was unfamiliar with in the report. Plaintiff found after examination of his Transunion consumer credit reports that defendant G E Capital had obtained Plaintiff consumer credit reports on November 19, 2013 and has continuously reported to date.

7. Experian, Transunion, Equifax, is a credit reporting agency within the meaning FCRA 15 U.S.C. 1681a (f).

8. Consumer credit report is a consumer report within the meaning of the FCRA 15 U.S.C. sec. 1681a (d).

9. The FCRA 15 U.S.C. sec. 1681b defines the permissible purposes for

3

which a person may obtain a consumer credit report. As to the Defendant first inquiry pull, the Plaintiff is/ was not at any given time involved in the any related underlying credit transaction. Plaintiff has not at any given time initiated the any transaction, nor has Plaintiff participated in the any transaction in writing or otherwise.

10. Defendant regularly engaged as furnishers of consumers Transunion, Experian, Equifax credit file, such permissible purposes as defined by 15 U.S.C.§ 1681b are generally if the consumer makes application for credit, makes application for employment, for underwriting of insurance involving the consumer, or is offered a bonafide offer of credit as a result of the inquiry.

11. Plaintiff has never had any business dealings or any accounts with made application for credit from, made application for employment with, applied for insurance from or received a bonafide offer of credit from the defendant that constitute a any contract

12.  On November 19, 2013 Defendant Creditors Interchange obtained the plaintiff consumer credit reports without consent in violation of the FCRA 15 U.S.C. sec. 1681b. Defendant failure to conduct an investigation properly of the November 22, 2013 dispute from the 3 credit Bureau and take any remedial actions of the December 05, 2013 reinvestigation procedure

4

under § 1681s-2(b) after notification of Plaintiff dispute; Said actions by defendant holds liable in favor to Plaintiff reward/relief damages as a matter of law plaintiff Transunion, Experian, Equifax record thereby reducing plaintiff credit score, and loss of societal pleasures.

13. On December 05, 2013, and February 22, 2014 Plaintiff sent via United States Postal Service Certified Mail # 7011 1150 0001 1888 6721 on 12/5/2013 and 7011 1150 0001 1886 4958 on 2/22/2014 letters requesting formal debt validation/ illegal inquiry pull. This was in an effort to mitigate damages in obtaining Plaintiff's credit report before taking civil action in accordance with (FDCPA) 15 U.S.C. sec. 1692g, 1681b, 1788 et seq. Plaintiff notice included defendants violations of the (FCRA)15 U.S.C. sec. 1681b. A

14. As of April 24, 2014 Plaintiff has received no correspondence to said notices sent to Defendant. The actions of the Defendant obtaining consumer credit report with no validation for permissible purposes or contract bearing signature between defendant and plaintiff consent, are clear and unreasonable violations of FCRA, 15 U.S.C.§ 1681b and an illegal practices against Plaintiff's right to privacy.

15. Plaintiff disputed with (3) credit reporting agency's from the month of November 2013 and April 2014. Defendant at no time has communicated with Plaintiff what justification they may have had by obtaining Plaintiff credit profile. Plaintiff have given ample opportunity for Defendant to justify their action, the December 5, 2013 sent letter the February 22, 2014 second notice letter upon 10 day response. Defendant has failed to respond to said notice.

16. Plaintiff discovery of violations brought forth herein occurred in August 2013 and are within the statute of limitations as defined in the FCRA, 15 U.S.C. sec.1681p FDCPA 15 U.S.C. sec. 1692k (d).

## V. CAUSES OF ACTION

### FIRST CAUSE OF ACTION

Violations of FDCPA 15 U.S.C. 1962 e,f,g

**(As against Defendant(s):** G E CAPITAL

17. Plaintiff re-alleges and incorporates paragraphs 5-16. Plaintiff is a Consumer within the meaning of the FDCPA 15 U.S.C. sec. 1692a(3) G E CAPITAL are debt collectors within the meaning of FDCPA 15 U.S.C. sec 1692a(6).

6

18. Plaintiff re-alleges and incorporates paragraph 5-16. Based on the foregoing consumer credit reports. The Defendant Is violating FDCPA and FCRA violations include but are not limited to the following: G E CAPITAL violated 15 U.S.C. sec. 1692e(10) by the use of any false representation or deceptive means to collect or attempt to collect any debt or to obtain information concerning consumer.

19. Plaintiff re-alleges and incorporates paragraph 5-16. G E CAPITAL violated 15 U.S.C. sec. 1692d by engaging in conduct the natural consequences of which is to harass, oppress, or abuse any person.

## SECOND CAUSE OF ACTION

Violation of FCRA 15 U.S.C. SEC. 1681 b

**As against Defendant(s):** G E CAPITAL

20. Plaintiff re-alleges and incorporates paragraph 5-16. Plaintiff is a consumer within the meaning of the FCRA 15 U.S.C. sec. 1681a (c). G E CAPITAL is a furnisher of information within the meaning of the FCRA 15 U.S.C. sec. 1681 s-2

21. Plaintiff re-alleges and incorporates paragraph 5-16. Plaintiff did not

7

Initiate a firm offer of credit (loan, credit card) with defendant. Plaintiff did not

Initiate firm offer of insurance with defendant. Plaintiff did not initiate

employment with defendant. Defendant was not directed by a court order to pull

plaintiff consumer report. Defendant is no gov't agency under USA Patriot Act

reply: UNITED STATES v. McNeil 362 F.3d 570 "9th Circuit Court of Appeals"

22. Plaintiff re-alleges and incorporates paragraph 5-16. Based on the foregoing consumer credit report. Defendant willfully violated the FCRA. Defendant violations include, but are not limited to the following: G E CAPITAL willfully violated 15 U.S.C. sec. 1681b(f) by obtaining plaintiff consumer report without a permissible purpose as defined by 15 U.S.C. sec. 1681b

### THIRD CAUSE OF ACTION

Violation Civil Liabilities for non-compliance 15 U.S.C. sec. 1681 o, n

**(As against Defendant(s)**: G E CAPITAL

23. Plaintiff re-alleges and incorporates paragraph 5 -16. Plaintiff is a consumer within the meaning of the FCRA 15 U.S.C. sec. 1681a (c). G E CAPITAL is a furnisher of information within the meaning of the FCRA 15 U.S.C. sec. 1681 s-2

24. Plaintiff re-alleges and incorporates paragraph 5-16.

8

G E CAPITAL unreasonable procuring or causing to be procured an investigative consumer report without clearly and accurately disclosing to plaintiff that the report had been requested.

25. Plaintiff re-alleges and incorporates paragraph 5-16. G E CAPITAL without informing plaintiff of the right to request disclosure in violation 15 U.S.C. sec 1681d q. Actions on the part of defendant demonstrates a unreasonable disregard for federal law and constitutes a blatant attempt to injure or ruin the credit rating of plaintiff since defendant has demonstrated an inability to validate the alleged debt and subsequently attempted coerce payment. 15 U.S.C sec. 1681 n

## V. REQUEST FOR RELIEF

29. That this court grant judgement against defendant for first claim for relief 1) Actual damages determined by jury 2.) Punitive & Statutory damages 15 U.S.C. sec. 1692 d (1) 1692 f (6) Remedies 1692 k, Rosenthal Act $1,000.00 per statute 3.) legal cost and fees. 4.) Any relief as the court see fit.

30. That this court grants judgement against defendant for: second claim for relief 1.) Actual damages to be determined by jury 2.) Punitive and Statutory damages FCRA 15 U.S.C. sec.

1681b $1000.00  3.) court fees and cost  4.) Any relief as court see fit.

31.  That this court grants judgment against Defendants for: Third claim for relief  1.) Actual damages to be determined by jury  2.) punitive & statutory damages pursuant 15 U.S.C. sec 1681o  $1,000.00  3.) court fees and cost. 4.) Any relief as court sees fit.

Date: 4-25-2014

Sign: _____

Print Name: Omar Shakur

## DEMAND FOR JURY TRIAL

Plaintiff hereby request a jury trial on all issues raised in this complaint

Date: 4/25/2014

Sign: _____

Print Name: Omar Shakur

10

Exhibit "R"

**U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $0.46 |
| Certified Fee | | $3.10 |
| Return Receipt Fee (Endorsement Required) | | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $3.56 |

Postmark Here — NOV 22 2013 — GRIFFITH STATION LOS ANGELES CA 90039 — 11/22/2013

Sent To: EQUIFAX
Street, Apt. No.; or PO Box No.: P.O. Box 740256
City, State, ZIP+4: ATLANTA GA 30374-0256

7011 1150 0001 1886 3777

PS Form 3800, August 2006 — See Reverse for Instructions

---

**U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $0.46 |
| Certified Fee | | $3.10 |
| Return Receipt Fee (Endorsement Required) | | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $3.56 |

Postmark Here — NOV 22 2013

Sent To: EXPERIAN
Street, Apt. No.; or PO Box No.: P.O. Box 2002
City, State, ZIP+4: ALLEN TX 75013

7011 1150 0001 1886 3753

PS Form 3800, August 2006 — See Reverse for Instructions

---

**U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $0.46 |
| Certified Fee | | $3.10 |
| Return Receipt Fee (Endorsement Required) | | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $3.56 |

Postmark Here — NOV 22 2013

Sent To: TRANSUNION
Street, Apt. No.; or PO Box No.: P.O. Box 2000
City, State, ZIP+4: CHESTER PA 19022-2000

7011 1150 0001 1886 3746

PS Form 3800, August 2006 — See Reverse for Instructions

---

```
                GRIFFITH STATION
              LOS ANGELES, California
                    900399998
                 0545300039 -0097
11/22/2013     (800)275-8777      10:44:36 AM

                  Sales Receipt
Product           Sale    Unit        Final
Description       Qty     Price       Price

ATLANTA GA 30374 Zone-8                $0.46
First-Class Mail Letter
0.80 oz.
Scheduled Delivery Day: Mon 11/25/13
@@ Certified                           $3.10
Label #:        70111150000118863777
                                       =======
    Issue PVI:                         $3.56

ALLEN TX 75013 Zone-6                  $0.46
First-Class Mail Letter
0.90 oz.
Scheduled Delivery Day: Mon 11/25/13
@@ Certified                           $3.10
Label #:        70111150000118863753
                                       =======
    Issue PVI:                         $3.56

CRUM LYNNE PA 19022 Zone-8             $0.46
First-Class Mail Letter
0.90 oz.
Scheduled Delivery Day: Mon 11/25/13
@@ Certified                           $3.10
Label #:        70111150000118863746
                                       =======
    Issue PVI:                         $3.56
                                       -------
Total:                                $10.68

Paid by:                              $10.68
Debit Card
    Account #:         XXXXXXXXXXXX9874
    Approval #:        154745
    Transaction #:     243
 23 903200400
    Receipt#:          004575

@@ For tracking or inquiries go to
USPS.com or call 1-800-222-1811.
```

Exhibit "C"

[USPS Certified Mail Receipt]

Label #: 7011 1150 0001 1888 6721

Sent To: GE Capital
Street, Apt. No.; or PO Box No.: C0 P.O. Box 965037
City, State, ZIP+4: Orlando, Fl 32896

---

ORLANDO FL 32896 Zone-8           $0.46
First-Class Mail Letter
0.40 oz.
Scheduled Delivery Day: Mon 12/09/13
@@ Certified                     $3.10
Label #:        70111150000118886721
                                =======
                                  $3.56
Issue PVI:

DES MOINES IA 50306 Zone-7        $0.46

**Important Reminders:**

- A mailing receipt
- A unique identifier for your mailpiece
- A record of delivery kept by the Postal Service for two years
- Certified Mail may ONLY be combined with First-Class Mail® or Priority Mail®.
- Certified Mail is *not* available for any class of international mail.
- NO INSURANCE COVERAGE IS PROVIDED with Certified Mail. For valuables, please consider insured or Registered Mail.
- For an additional fee, a *Return Receipt* may be requested to provide proof of delivery. To obtain Return Receipt service, please complete and attach a Return Receipt (PS Form 3811) to the article and add applicable postage to cover the fee. Endorse mailpiece "Return Receipt Requested". To receive a fee waiver for a duplicate return receipt, a USPS® postmark on your Certified Mail receipt is required.
- For an additional fee, delivery may be restricted to the addressee or addressee's authorized agent. Advise the clerk or mark the mailpiece with the endorsement "Restricted Delivery".
- If a postmark on the Certified Mail receipt is desired, please present the article at the post office for postmarking. If a postmark on the Certified Mail receipt is not needed, detach and affix label with postage and mail.

**IMPORTANT:** Save this receipt and present it when making an inquiry.
PS Form 3800, August 2006 (Reverse) PSN 7530-02-000-9047

---

**(Domestic Mail Only; No Insurance Coverage Provided)**

For delivery information visit our website at www.usps.com®

ORLANDO FL 32896    OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $0.49 | 0401 |
| Certified Fee | | $3.30 | 11 Postmark Here |
| Return Receipt Fee (Endorsement Required) | | $0.00 | |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 | |
| Total Postage & Fees | $ | $3.79 | 02/22/2014 |

Sent To: GB CAPITAL
Street, Apt. No.; or PO Box No. c/o P.O. BOX 965037
City, State, ZIP+4 Orlando FL 32896

7011 1150 0001 1886 4958

PS Form 3800, August 2006   See Reverse for Instructions

Postmark FEB 22 2014 CIVIC CENTER STATION

---

ORLANDO FL 32896 Zone-8
First-Class Mail Letter
0.30 oz.                                        $0.49
Expected Delivery: Tue 02/25/14
@@ Certified
USPS Certified Mail #:                          $3.30
70111150000118864958

Issue PVI:                                    ========
                                                $3.79

Total:                                         _____
                                                $11.37

Logout | Report Summary | Potentially Negative Items | Accounts in Good Standing | Requests for Your Credit History | Personal Information | Your Personal Statement | Get Credit Monitor | Get Credit Score

**Credit History Detail Viewed By Others**

Experian credit report prepared for OMAR S SHAKUR

Your report number is 1972-6999-51

Report date: April 24, 2014

Credit Report Toolkit:
Print your report

Credit Education

Know your rights

Credit Fraud Center

Where do you get this information?

What if I feel there is an error?

**GE CAPITAL**
Address:
C/O PO BOX 965037
ORLANDO FL 32896
(800) 542-0800

Date of Request: 11/19/2013

Address Identification Number: 0175908888

Comments:
Unspecified. This inquiry is scheduled to continue on record until Dec 2015.

©Experian 2014. All rights reserved.
Experian and the marks used herein are service marks or registered trademarks of Experian.
Other product and company names mentioned herein may be the trademarks of their respective owners.

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**I. (a) PLAINTIFFS** ( Check box if you are representing yourself [X] )

Omar Shakur

**DEFENDANTS** ( Check box if you are representing yourself [ ] )

GE Capital

**(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

408 S. Pacific Avenue  818)3929731
Glendale CA 91204

**(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

- [ ] 1. U.S. Government Plaintiff
- [X] 3. Federal Question (U.S. Government Not a Party)
- [ ] 2. U.S. Government Defendant
- [ ] 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [ ] 1 | Incorporated or Principal Place of Business in this State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business in Another State | [ ] 5 | [X] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

**IV. ORIGIN** (Place an X in one box only.)

- [X] 1. Original Proceeding
- [ ] 2. Removed from State Court
- [ ] 3. Remanded from Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred from Another District (Specify)
- [ ] 6. Multi-District Litigation

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** [X] Yes  [ ] No   (Check "Yes" only if demanded in complaint.)

**CLASS ACTION under F.R.Cv.P. 23:** [ ] Yes  [X] No    [ ] **MONEY DEMANDED IN COMPLAINT:** $ 5,000

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

FCRA, FDCPA, Rosenthal

**VII. NATURE OF SUIT** (Place an X in one box only).

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| [ ] 375 False Claims Act | [ ] 110 Insurance | [ ] 240 Torts to Land | [ ] 462 Naturalization Application | **Habeas Corpus:** | [ ] 820 Copyrights |
| [ ] 400 State Reapportionment | [ ] 120 Marine | [ ] 245 Tort Product Liability | [ ] 465 Other Immigration Actions | [ ] 463 Alien Detainee | [ ] 830 Patent |
| [ ] 410 Antitrust | [ ] 130 Miller Act | [ ] 290 All Other Real Property | | [ ] 510 Motions to Vacate Sentence | [ ] 840 Trademark |
| [ ] 430 Banks and Banking | [ ] 140 Negotiable Instrument | | **TORTS** | [ ] 530 General | **SOCIAL SECURITY** |
| [ ] 450 Commerce/ICC Rates/Etc. | [ ] 150 Recovery of Overpayment & Enforcement of Judgment | **TORTS PERSONAL INJURY** | **PERSONAL PROPERTY** | [ ] 535 Death Penalty | [ ] 861 HIA (1395ff) |
| [ ] 460 Deportation | | [ ] 310 Airplane | [ ] 370 Other Fraud | **Other:** | [ ] 862 Black Lung (923) |
| [ ] 470 Racketeer Influ- enced & Corrupt Org. | [ ] 151 Medicare Act | [ ] 315 Airplane Product Liability | [ ] 371 Truth in Lending | [ ] 540 Mandamus/Other | [ ] 863 DIWC/DIWW (405 (g)) |
| [X] 480 Consumer Credit | [ ] 152 Recovery of Defaulted Student Loan (Excl. Vet.) | [ ] 320 Assault, Libel & Slander | [ ] 380 Other Personal Property Damage | [ ] 550 Civil Rights | [ ] 864 SSID Title XVI |
| [ ] 490 Cable/Sat TV | | [ ] 330 Fed. Employers' Liability | [ ] 385 Property Damage Product Liability | [ ] 555 Prison Condition | [ ] 865 RSI (405 (g)) |
| [ ] 850 Securities/Com- modities/Exchange | [ ] 153 Recovery of Overpayment of Vet. Benefits | [ ] 340 Marine | **BANKRUPTCY** | [ ] 560 Civil Detainee Conditions of Confinement | **FEDERAL TAX SUITS** |
| [ ] 890 Other Statutory Actions | [ ] 160 Stockholders' Suits | [ ] 345 Marine Product Liability | [ ] 422 Appeal 28 USC 158 | **FORFEITURE/PENALTY** | [ ] 870 Taxes (U.S. Plaintiff or Defendant) |
| [ ] 891 Agricultural Acts | | [ ] 350 Motor Vehicle | [ ] 423 Withdrawal 28 USC 157 | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 871 IRS-Third Party 26 USC 7609 |
| [ ] 893 Environmental Matters | [ ] 190 Other Contract | [ ] 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | [ ] 690 Other | |
| [ ] 895 Freedom of Info. Act | [ ] 195 Contract Product Liability | [ ] 360 Other Personal Injury | [ ] 440 Other Civil Rights | **LABOR** | |
| [ ] 896 Arbitration | [ ] 196 Franchise | [ ] 362 Personal Injury- Med Malpractice | [ ] 441 Voting | [ ] 710 Fair Labor Standards Act | |
| [ ] 899 Admin. Procedures Act/Review of Appeal of Agency Decision | **REAL PROPERTY** | [ ] 365 Personal Injury- Product Liability | [ ] 442 Employment | [ ] 720 Labor/Mgmt. Relations | |
| | [ ] 210 Land Condemnation | [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability | [ ] 443 Housing/ Accomodations | [ ] 740 Railway Labor Act | |
| [ ] 950 Constitutionality of State Statutes | [ ] 220 Foreclosure | [ ] 368 Asbestos Personal Injury Product Liability | [ ] 445 American with Disabilities- Employment | [ ] 751 Family and Medical Leave Act | |
| | [ ] 230 Rent Lease & Ejectment | | [ ] 446 American with Disabilities-Other | [ ] 790 Other Labor Litigation | |
| | | | [ ] 448 Education | [ ] 791 Employee Ret. Inc. Security Act | |

FOR OFFICE USE ONLY: Case Number: CV14-3192

AFTER COMPLETING PAGE 1 OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED ON PAGE 2.

CV-71 (02/13)            CIVIL COVER SHEET            Page 1 of 2

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed?   ☒ NO   ☐ YES

If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case?   ☒ NO   ☐ YES

If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply)   ☐ A. Arise from the same or closely related transactions, happenings, or events; or

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or

☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.

☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.

☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Orlando, Florida |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
**NOTE: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

*Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

**X. SIGNATURE OF ATTORNEY (OR SELF-REPRESENTED LITIGANT):** _Onor Shekar_   DATE: 4/25/2014

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet).

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |