Omar Shakur
408 S. Pacific Avenue
Glendale, CA 91204
(818) 392-9731

Pro Se Plaintiff



# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR SHAKUR<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>G E CAPITAL<br><br>　　　　Defendant. | Case No. 14-03192-ODW(VBKx)<br><br>**NOTICE OF SETTLEMENT AND RESPONSE TO COURT'S ORDER TO SHOW CAUSE RE: WHY THE PARTIES HAVE NOT FINALIZED SETTLEMENT**<br><br>Compl. Filed: May 2, 2014<br><br>Honorable Otis D. Wright II |

　　　　Plaintiff Omar Shakur ("Plaintiff") hereby files a response to the Court's Order to Show Cause Re: Why the Parties Have Not Finalized Settlement ("OSC"). Plaintiff hereby notifies the Court that on June 28, 2014, Plaintiff and Defendant Synchrony Bank (formerly GE Capital Retail Bank) (erroneously sued as "GE Capital") entered into a fully executed settlement agreement on confidential terms, with each party to bear its own attorney's fees and costs.

　　　　Plaintiff and Defendant expect the terms of the settlement agreement to be fully implemented by in or around July 25, 2014. Given the circumstances, Plaintiff respectfully requests that the Court vacate the OSC, or in the alternative, continue the response to OSC filing deadline to July 30, 2014.

- 1 -

Plaintiff intends to file a Notice of Dismissal with Prejudice by July 29, 2014, once the terms of the settlement agreement have been fully implemented.

DATED: July 18, 2014          By: /s/ *Omar Shakur*
                              Pro Se Plaintiff OMAR SHAKUR

OmarShakur
408 S. Pacific Avenue
Glendale, California 91204

- 2 -
NOTICE OF SETTLEMENT AND RESPONSE TO COURT'S ORDER TO SHOW CAUSE RE: WHY THE PARTIES HAVE NOT FINALIZED SETTLEMENT 2:14-cv-03192-ODW-VBKx