# United States District Court
# Central District of California

| | |
|---|---|
| OMAR SHAKUR., <br>             Plaintiff, <br>    v. <br> G E CAPITAL, <br>             Defendant | Case No. 2:14-cv-03192-ODW(VBKx) <br><br> **ORDER CONTINUING ORDER TO SHOW CAUSE [19]** |

On July 18, 2014, Plaintiff Omar Shakur responded to the Court's Order to Show Cause Re. Settlement by filing a Notice of Settlement and informing the Court that the parties' a settlement agreement will be fully implemented by July 25, 2014. (ECF No. 20.) Accordingly, the Court continues the Order to Show Cause Re. Settlement in this matter to **Thursday, July 31, 2014**. No hearing will be held. The Court will discharge this Order upon the filing of a stipulated dismissal.

**IT IS SO ORDERED.**

July 23, 2014

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**